1  Martin H. Myers (SBN 130218)
2  Email: mmyers@cov.com
3  Jeffrey A. Kiburtz (SBN 228127)
   Email: jkiburtz@cov.com
4  Rebecca A. Jacobs (SBN 294430)
   Email: rjacobs@cov.com
5  COVINGTON & BURLING LLP
6  One Front Street, 35th Floor
   San Francisco, California 94111-5356
7  Telephone: + 1 (415) 591-6000
8  Facsimile: + 1 (415) 591-6091

9  Attorneys for Plaintiff
10 THE WALT DISNEY COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WALT DISNEY COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Civil Case No.:<br><br>**NOTICE OF MOTION TO COMPEL ARBITRATION**<br><br>[*Hearing Date, Time and Courtroom Pending Assignment*] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on _____, 2017 at _____, or as soon thereafter as the matter may be heard, in Courtroom _____ of the United States District Court, Central District of California, located at 312 N. Spring Street, Los Angeles, California, petitioner The Walt Disney Company ("TWDC") moves, pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4 and the terms of the parties' agreement, for an order compelling AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company ("AIG") to proceed to arbitration administered by JAMS Los Angeles, 555 W. Fifth Street, 32nd Floor, Los Angeles, CA 90013 under the JAMS Comprehensive Arbitration Rules & Procedures.

This Petition is based upon the Memorandum of Points and Authorities, Declaration of Martin H. Myers, any pleadings, papers, and records that may be filed in response to this Petition, and upon such oral and documentary evidence and argument as may be presented at the hearing, if any, on this motion.

This Petition is made following multiple conferences of counsel as described more fully in the Declaration of Martin H. Myers.

DATED: October 17, 2017

COVINGTON & BURLING LLP

By: _____
MARTIN H. MYERS
JEFFREY A. KIBURTZ
REBECCA A. JACOBS
Attorneys for Plaintiff
THE WALT DISNEY COMPANY