1
2
3
4
5
6
7
8
9
10
11
12            UNITED STATES DISTRICT COURT
13        FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 | THE WALT DISNEY COMPANY, a                | Civil Case No.:
15 | California Corporation,                    |
16 |                                            | **[PROPOSED] ORDER GRANTING**
   |         Plaintiff,                         | **PLAINTIFF'S MOTION TO**
17 |                                            | **COMPEL ARBITRATION**
18 |         v.                                 |
19 | AIG SPECIALTY INSURANCE                    |
20 | COMPANY f/k/a CHARTIS SPECIALTY            |
   | INSURANCE COMPANY,                         |
21 |                                            |
22 |         Defendant.                         |
23
24
25
26
27
28

1  The Court, having read and considered Plaintiff The Walt Disney Company's ("TWDC") Motion to Compel Arbitration, and the Memorandum of Points and Authorities and Declaration in support of the same, and finding good cause and compelling need,

HEREBY GRANTS TWDC's Motion to Compel, and ORDERS THAT AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company ("AIG") proceed to arbitration administered by JAMS Los Angeles, 555 W. Fifth Street, 32nd Floor, Los Angeles, CA 90013 under the JAMS Comprehensive Arbitration Rules & Procedures.

DATED: _____     _____