Martin H. Myers (SBN 130218)
Email: mmyers@cov.com
Jeffrey A. Kiburtz (SBN 228127)
Email: jkiburtz@cov.com
Rebecca A. Jacobs (SBN 294430)
Email: rjacobs@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

Attorneys for Plaintiff
THE WALT DISNEY COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WALT DISNEY COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Civil Case No.:<br><br>**NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

1 | The undersigned, counsel of record for Plaintiff The Walt Disney Company, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Other than the named parties, there is no such interest to report.

DATED: October 17, 2017

COVINGTON & BURLING LLP

By: _____
MARTIN H. MYERS
JEFFREY A. KIBURTZ
REBECCA A. JACOBS
Attorneys for Plaintiff
THE WALT DISNEY COMPANY