UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WALT DISNEY COMPANY, a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Civil Case No.: CV 17-7598-GW(Ex)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ARBITRATION |

The Court, having read and considered Plaintiff The Walt Disney Company's ("TWDC") Motion to Compel Arbitration, and the Memorandum of Points and Authorities and Declaration in support of the same, and finding good cause and compelling need,

HEREBY GRANTS TWDC's Motion to Compel, and ORDERS THAT AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company ("AIG") proceed to arbitration administered by JAMS Los Angeles, 555 W. Fifth Street, 32nd Floor, Los Angeles, CA 90013 under the JAMS Comprehensive Arbitration Rules & Procedures.

DATED: November 16, 2017

_____
GEORGE H. WU, U.S. District Judge